No: 45506.—Protests 985078–G, etc., of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstracts 43372 and 41633 the tape measures and pencil sharpeners in question were held dutiable at 40 percent under paragraph 339 as claimed.

FEBRUARY 27, 1941

No. 45507.— —Protests 972701–G, etc.; of Hudson Steel & Tube Corp. et al., protest 998362–G of W. C. Thomas Tobacco Co., protests 406–K, etc., of Ritter Carlton Co., and protest 1156–K of Globe Shipping Co., Inc. Abstract 45336. Applications by plaintiffs for rehearing granted.

BEFORE THE FIRST DIVISION, MARCH 6, 1941

No. 45508.—Protests 580572–G, etc., of Banca Commerciale Italiana et al. (New York).

Opinion by BROWN, J. It was stipulated that the wool hat bodies in question are similar to those the subject of Cohn v. United States (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 45509.—Protests 7346–K, etc., of Irving Ross (New York).

Opinion by WALKER, J. No evidence was offered in support of the claim made. The protests were therefore overruled.

BEFORE THE SECOND DIVISION, MARCH 6, 1941

No. 45510.—Protest 993857–G/88551 of Carson, Pirie, Scott & Co. (Chicago).

Opinion by KINCHELOE, J. It was stipulated that the rugs in question are in chief value of cotton the same as those the subject of Abstracts 26189 and 32578. The claim at 35 percent under paragraph 921 was therefore sustained.

No. 45511.—Protest 29350–K of Alter Hebrew Book Co. (New York).

Opinion by KINCHELOE, J. From the testimony it appeared that the books in question are printed chiefly in Hebrew. The claim for free entry under paragraph 1630 was therefore sustained.